# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS WILLIAMS,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> LIEUTENANT TERRY WILSON, et  ) <br> al.,  ) <br>  ) <br> Defendants.  ) | Case No.  4:19-cv-00773-KOB-JEO |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 4, 2020, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b)(1)-(2).  (Doc. 6).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that in accordance with 28 U.S.C. § 1915A(b)(1)-(2) this action should be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such suit.

The court will enter a separate Final Judgment.

DONE and ORDERED this 29th day of May, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE